The Honorable Bernard Zimmerman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIP VENTURES LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER PET PRODUCTS, LLC, a Virginia limited liability company,<br><br>Defendant. | Case No. 3:10-cv-05259-BZ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL |

Plaintiff Clip Ventures LLC ("Clip Ventures") and Defendants Premier Pet Products, LLC ("Premier") have agreed to the following stipulation and proposed order of dismissal, and request the Court to Order dismissal pursuant to the following terms:

1. This is an action by Clip Ventures claiming false patent marking. On December 28, 2010, Clip Ventures filed an amended complaint in this action ("Amended Complaint").

2. Clip Ventures and Premier have agreed to settle their disputes in this action.

3. Any and all claims which have been or could have been brought by Clip Ventures, on behalf of itself, the United States and the general public, regarding Premier's alleged false

STIPULATION AND PROPOSED ORDER OF DISMISSAL     - 1 -
No. 3:10-cv-05259-BZ

Owens Tarabichi LLP
111 N. Market St., Suite 730
San Jose, CA 95113
Telephone: (408) 298-8200

marking or advertising or causing or contributing to false marking or advertising under 35 U.S.C. §292 of any product manufactured or sold that is identified in the Amended Complaint are fully resolved.

4. Premier and those acting in concert therewith may have a reasonable period of time in which to sell inventory that has been manufactured on or before the date of this order and to correct the packaging associated with the products at issue without further liability.

5. Compliance with the terms of the settlement agreement between the parties fully resolves any issue relating to the marking of any and all products with any and all of the patents set forth in the Amended Complaint.

6. Clip Ventures consents to dismissal with prejudice of all of its claims in the Amended Complaint.

7. Clip Ventures and Premier shall bear their own attorney fees and costs incurred in connection with this action.

8. Clip Ventures' false patent marking claims against Premier, as set forth in the Amended Complaint filed on December 28, 2010, are hereby dismissed with prejudice.

Owens Tarabichi LLP
111 N. Market St., Suite 730
San Jose, CA 95113
Telephone: (408) 298-8200

Dated: January 10, 2011

Respectfully submitted,

OWENS TARABICHI LLP

By /s/ David R. Owens
David Richard Owens, State Bar No. 180829
Bruno W. Tarabichi, State Bar # 215129
**OWENS TARABICHI LLP**
111 N. Market Street, Suite 730
San Jose, CA 95113
Tel: (408) 298-8202
Fax: (408) 521-2203
Email: dowens@owenstarabichi.com
*Attorneys for Plaintiff Clip Ventures LLC*

Dated: January 10, 2011

Respectfully submitted,

MERCHANT & GOULD P.C.

By /s/ Christopher J. Sorenson
Christopher J. Sorenson, #270118
**Merchant & Gould P.C.**
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
E-mail: csorenson@merchantgould.com
*Attorney for Defendant, Premier Pet Products, LLC*

IT IS SO ORDERED.

Dated: 10 Jan '11

The Honorable Bernard Zimmerman

---

STIPULATION AND PROPOSED ORDER OF DISMISSAL
No. 3:10-cv-05259-BZ

- 3 -

Owens Tarabichi LLP
111 N. Market St., Suite 730
San Jose, CA 95113
Telephone: (408) 298-8200